Honorable Lonny R. Suko

U.S. DEPARMENT OF LABOR
Lawrence Brewster
Acting Regional Solicitor
Rochelle Kleinberg
Associate Regional Solicitor
kleinberg.rochelle@dol.gov
Jeannie Gorman, Trial Attorney
gorman.jeannie@dol.gov
sol-sea@dol.gov
Office of the Solicitor
1111 Third Avenue, Suite 945
Seattle, WA 98101
Telephone: (206) 553-0940
Facsimile: (206) 553-2768

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) | Case No. 2:05-cv-05114-LRS |
| Plaintiff, ) ) ) | **CONSENT JUDGMENT** |
| v. ) ) | |
| THOMAS PHILLEO, individually and doing business as PHILLEAUX DISTRIBUTING, PHILLEO PREMIUM PAK, and PHILLEO'S PREMIUM PAK, ) ) ) ) ) ) | |
| Defendants. ) | |

Plaintiff has filed her Complaint and Defendants Thomas Philleo,

CONSENT JUDGMENT - PAGE 1

individually and doing business as Philleaux Distributing, Philleo Premium Pak,

and Philleo's Premium Pak have appeared and without admitting any violations of

the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §201, *et. seq.)*

hereinafter referred to as the Act, agree to the entry of this Judgment without

contest. It is therefore, upon motion and direction of the Plaintiff and Defendants

Thomas Philleo, individually and doing business as Philleaux Distributing, Philleo

Premium Pak, and Philleo's Premium Pak, and for cause shown:

IT IS ORDERED, ADJUDGED AND DECREED that Defendants Thomas

Philleo, individually and doing business as Philleaux Distributing, Philleo

Premium Pak, and Philleo's Premium Pak, their officers, agents, servants,

employees and all persons acting or claiming to act in their behalf and interest be,

and they hereby are, permanently enjoined and restrained from violating the

provisions of §§15(a)(2) and 15(a)(5) of the Act in any of the following manners:

(1)    Defendants Thomas Philleo, individually and doing business as

Philleaux Distributing, Philleo Premium Pak, and Philleo's Premium Pak will not,

contrary to §7 of the Act, employ any employees engaged in commerce, or in the

production of goods for commerce, or in an enterprise engaged in commerce or in

the production of goods for commerce, for a workweek longer than forty (40)

hours unless the employee receives compensation for his employment in excess of

forty (40) hours at a rate not less than one and one-half times the regular rate at

CONSENT JUDGMENT - PAGE 2

which he is employed.

(2)    Defendants Thomas Philleo, individually and doing business as

Philleaux Distributing, Philleo Premium Pak, and Philleo's Premium Pak will not

fail to make, keep and preserve records of their employees, and of the wages,

hours, and other conditions and practices of employment maintained by them, as

prescribed by the regulations of the Administrator of the Wage and Hour Division,

United States Department of Labor, issued and from time to time amended,

pursuant to §11(c) of the Act and found in 29 C.F.R. §516.

(3)    IT IS FURTHER ORDERED that the Plaintiff recover from

Defendants Thomas Philleo, individually and doing business as Philleaux

Distributing, Philleo Premium Pak, and Philleo's Premium Pak the total sum of

$175,000.00, plus interest on the declining balance of the second payment, in

unpaid overtime wages and liquidated damages due their employees, which sum

has been agreed upon by the parties in settlement after audit and legal proceedings.

Payment shall be made in two installments.  The first payment, in the

amount of $143,000.00, shall be due no later than thirty (30) days following the

entry of this Consent Judgment by the Court.  The second payment, in the amount

of $32,000.00 with interest on the declining balance calculated at a rate of 4%,

shall be due no later than June 1, 2006.  Each installment payment shall be made

by individual checks made payable to the "U.S. Department of Labor or the

individual employee" identified in Exhibit A to this Agreement. The checks shall

be delivered to:

> U.S. Department of Labor/ESA
> Wage Hour Division
> 1111 Third Avenue, Suite 755
> Seattle, WA 98101
> Attn: Donna Hart, District Director

Each check shall be accompanied by a letter identifying the case name as Chao v.

Thomas Philleo, et. al. and include each of the employer's tax identification

number(s).

    (a)    If there is a default in the receipt of any check by over 15 days,

the amount due the Plaintiff will automatically become $216,451.50 to be

appropriately prorated among the employees by the Plaintiff.

    (4)    Plaintiff shall distribute the monies paid by Defendants under this

Judgment to the employees identified in Exhibit A attached hereto or their estates

if that is necessary. Any money not so paid within three (3) years because of

inability to locate said employees or because of their refusal to accept such

proceeds shall be deposited forthwith with the Treasurer of the United States

pursuant to 28 U.S.C. §2041.

    IT IS FURTHER ORDERED that the rights of any of the Defendants'

employees or ex-employees, not specifically mentioned in Exhibit A to this

Judgment, to back wages under the Act, are neither affected nor extinguished by

this Judgment and neither party to the action intends or contemplates that the

CONSENT JUDGMENT - PAGE 4

1  Judgment entered in this action will affect such rights if any.

2      FURTHER ORDERED that no costs or attorneys fees be allowed.

3

4

5      DATED this _17th_ day of ___January_____, ~~2005~~/2006.

6

7

8

9                              s/Lonny R. Suko
10                              _____
11                              Honorable
                                United States District Judge
12

13  ENTRY OF THIS JUDGMENT IS HEREBY CONSENTED
14  TO AND NOTICE OF PRESENTATION IS WAIVED

15  Approved as to Form and Content:

16

17  _Thomas Philleo_ (signature)                Dated: _Dec. 30, 2005_
18  Thomas Philleo, individually and for
19  Philleaux Distributing, Philleo Premium
    Pak, and Philleo's Premium Pak
20

21

22

23
    _(signature)_                              Dated: _1/4/06_
24  _____
    Michael Reynvaan, Perkins Coie,
25  Counsel for Defendants
26  Presented by:
27  ///
28


**CONSENT JUDGMENT** - PAGE 5

1
2
3    Rochelle Kleinberg, Associate Regional Solicitor      Dated: 1-4-06
4    Jeannie Gorman, Trial Attorney
5    U.S. DEPARTMENT OF LABOR
     Counsel for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28


CONSENT JUDGMENT - PAGE 6

# EXHIBIT A

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Acosta, Dora | $91.29 | $20.17 | $111.46 | 4/1/03 - 9/30/05 |
| Aguilar, Maria | $722.27 | $152.68 | $874.95 | 4/1/03 - 9/30/05 |
| Aguirre Patricia | $692.02 | $146.32 | $838.34 | 4/1/02 - 9/30/05 |
| Alcaraz, Baudelia | $262.24 | $56.07 | $318.31 | 4/1/03 - 9/30/05 |
| Alcaraz, Gilberto | $306.74 | $65.42 | $372.16 | 4/1/03 - 9/30/05 |
| Alfaro, Noelia | $1,091.60 | $228.53 | $1,320.13 | 4/1/02 - 9/30/05 |
| Alvarez, Adan | $299.06 | $63.80 | $362.86 | 4/1/02 - 9/30/05 |
| Alvarez, Enrique | $796.55 | $168.28 | $964.83 | 4/1/03 - 9/30/05 |
| Andrade, Ana | $68.14 | $15.31 | $83.45 | 4/1/02 - 9/30/05 |
| Antonio, Teodoro | $321.08 | $68.43 | $389.51 | 4/1/03 - 9/30/05 |
| Aquino, Justino | $41.40 | $21.84 | $63.24 | 4/1/03 - 9/30/05 |
| Arcaraz, Guadalupe | $631.85 | $133.69 | $765.54 | 4/1/03 - 9/30/05 |
| Arreola, Vanessa | $298.93 | $63.78 | $362.71 | 4/1/03 - 9/30/05 |
| Bahena, Enrique | $760.83 | $160.77 | $921.60 | 4/1/03 - 9/30/05 |
| Banos, Ruben | $86.87 | $19.24 | $106.11 | 4/1/03 - 9/30/05 |
| Barragan, Benjamin | $506.92 | $107.45 | $614.37 | 4/1/03 - 9/30/05 |
| Barragan, Laura | $56.16 | $24.94 | $81.10 | 4/1/03 - 9/30/05 |
| Barragan, Otilia | $195.79 | $42.12 | $237.91 | 4/1/02 - 9/30/05 |
| Barrera, Oscar | $76.36 | $17.04 | $93.40 | 4/1/03 - 9/30/05 |
| Barrera, Rafael | $678.04 | $143.39 | $821.43 | 4/1/03 - 9/30/05 |
| Bautista, Jose | $1,276.52 | $267.36 | $1,543.88 | 4/1/03 - 9/30/05 |
| Betancourt, Carlota | $347.26 | $73.92 | $421.18 | 4/1/03 - 9/30/05 |

EXHIBIT A TO CONSENT JUDGMENT - PAGE 1

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Blanco, Irineo | $282.56 | $60.34 | $342.90 | 4/1/03 - 9/30/05 |
| Blanco, Maria | $195.68 | $42.09 | $237.77 | 4/1/03 - 9/30/05 |
| Bracamontes, Alejandra | $848.24 | $177.42 | $1,025.66 | 4/1/03 - 9/30/05 |
| Brito, Jesus | $326.43 | $69.55 | $395.98 | 4/1/03 - 9/30/05 |
| Brito, Juventina | $224.64 | $48.17 | $272.81 | 4/1/03 - 9/30/05 |
| Bucio, Jose Luis | $401.90 | $85.40 | $487.30 | 4/1/03 - 9/30/05 |
| Camacho, Timoteo | $430.50 | $91.41 | $521.91 | 4/1/03 - 9/30/05 |
| Camarena, Santa | $1,237.49 | $260.87 | $1,498.36 | 4/1/03 - 9/30/05 |
| Campos, Feliciana | $392.91 | $83.51 | $476.42 | 4/1/03 - 9/30/05 |
| Cantor, Susana | $198.38 | $42.66 | $241.04 | 4/1/02 - 9/30/05 |
| Cardenas, Adolfo | $1,659.29 | $347.74 | $2,007.03 | 4/1/03 - 9/30/05 |
| Cardenas, Brenda | $207.09 | $44.49 | $251.58 | 4/1/03 - 9/30/05 |
| Cardenas, Imer | $35.10 | $20.62 | $55.72 | 4/1/03 - 9/30/05 |
| Carillo, Antonia | $98.45 | $21.67 | $120.12 | 4/1/03 - 9/30/05 |
| Carrasco, Guadalupe | $1,441.00 | $301.90 | $1,742.90 | 4/1/02 - 9/30/05 |
| Castillo, Andres | $258.86 | $55.36 | $314.22 | 4/1/03 - 9/30/05 |
| Castro, Heriberto | $177.68 | $38.31 | $215.99 | 4/1/02 - 9/30/05 |
| Centeno, Olegario | $115.31 | $25.22 | $140.53 | 4/1/02 - 9/30/05 |
| Chavez, Rosa | $144.79 | $31.41 | $176.20 | 4/1/03 - 9/30/05 |
| Cisneros, Raquel | $318.53 | $67.89 | $386.42 | 4/1/03 - 9/30/05 |
| Contreras, Elva | $1,190.48 | $249.29 | $1,439.77 | 4/1/03 - 9/30/05 |
| Corral, Rosalba | $540.31 | $114.47 | $654.78 | 4/1/02 - 9/30/05 |
| Cruz, Angelina | $198.38 | $42.66 | $241.04 | 4/1/02 - 9/30/05 |
| Cruz, Marisela | $1,933.00 | $405.22 | $2,338.22 | 4/1/02 - 9/30/05 |

**EXHIBIT A TO CONSENT JUDGMENT - PAGE 2**

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|----------|-----------|--------------------|------------------|----------------|
| Cuevas, Maria | $756.45 | $159.85 | $916.30 | 4/1/02 - 9/30/05 |
| Deleon, Anna M. Villa | $132.83 | $28.89 | $161.72 | 4/1/02 - 9/30/05 |
| Delgado, Jesus | $426.02 | $90.46 | $516.48 | 4/1/03 - 9/30/05 |
| Delgado, Soledad | $366.06 | $77.87 | $443.93 | 4/1/03 - 9/30/05 |
| Diaz, Angel | $524.40 | $111.12 | $635.52 | 4/1/02 - 9/30/05 |
| Diaz, Juan R. | $402.77 | $85.58 | $488.35 | 4/1/03 - 9/30/05 |
| Diaz de Leon, Luis | $185.15 | $39.88 | $225.03 | 4/1/03 - 9/30/05 |
| Duarte, Estevan | $137.14 | $29.80 | $166.94 | 4/1/02 - 9/30/05 |
| Duarte, Lilian | $99.36 | $21.87 | $121.23 | 4/1/03 - 9/30/05 |
| Enriquez, Edith | $80.73 | $17.95 | $98.68 | 4/1/03 - 9/30/05 |
| Escudero, Luis | $322.20 | $68.66 | $390.86 | 4/1/03 - 9/30/05 |
| Espinoza, Maria Juliana | $201.48 | $43.31 | $244.79 | 4/1/03 - 9/30/05 |
| Estrada, Jorge | $1,416.00 | $296.65 | $1,712.65 | 4/1/02 - 9/30/05 |
| Flores, Celia | $76.97 | $17.16 | $94.13 | 4/1/03 - 9/30/05 |
| Flores, Francisco | $618.45 | $130.87 | $749.32 | 4/1/03 - 9/30/05 |
| Flores, Ismael | $2,512.50 | $528.63 | $3,041.13 | 4/1/03 - 9/30/05 |
| Flores, Margarita | $2,231.14 | $467.83 | $2,698.97 | 4/1/02 - 9/30/05 |
| Flores, Francisca | $331.70 | $70.66 | $402.36 | 4/1/03 - 9/30/05 |
| Gallegos, Joseph | $333.04 | $70.94 | $403.98 | 4/1/03 - 9/30/05 |
| Gama, Martha | $394.70 | $83.89 | $478.59 | 4/1/03 - 9/30/05 |
| Garcia, Agustín | $112.32 | $24.59 | $136.91 | 4/1/03 - 9/30/05 |
| Garcia, Alicia | $550.70 | $116.65 | $667.35 | 4/1/02 - 9/30/05 |
| Garcia, Daniel | $550.43 | $116.59 | $667.02 | 4/1/03 - 9/30/05 |
| Garcia, Jaqueline | $2,270.75 | $476.15 | $2,746.90 | 4/1/02 - 9/30/05 |

EXHIBIT A TO CONSENT JUDGMENT - PAGE 3

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Garcia, Jose | $87.00 | $19.27 | $106.27 | 4/1/03 - 9/30/05 |
| Garcia, Martin | $188.85 | $40.66 | $229.51 | 4/1/03 - 9/30/05 |
| Garcia, Nelida | $54.34 | $24.56 | $78.90 | 4/1/02 - 9/30/05 |
| Garza, Alma | $36.80 | $20.88 | $57.68 | 4/1/03 - 9/30/05 |
| Garza, Rigoberto | $101.14 | $22.24 | $123.38 | 4/1/03 - 9/30/05 |
| Gomez, Angel | $201.83 | $43.38 | $245.21 | 4/1/03 - 9/30/05 |
| Gomez, Miriam | $401.90 | $85.40 | $487.30 | 4/1/03 - 9/30/05 |
| Gonzalez, Marrcela | $36.80 | $20.88 | $57.68 | 4/1/03 - 9/30/05 |
| Gonzalez, Rosa | $386.10 | $82.08 | $468.18 | 4/1/03 - 9/30/05 |
| Guadarrama, Oscar | $244.09 | $52.26 | $296.35 | 4/1/02 - 9/30/05 |
| Guerra, Edelmiro | $530.63 | $112.43 | $643.06 | 4/1/02 - 9/30/05 |
| Guerrero, Evadelma | $56.12 | $24.94 | $81.06 | 4/1/03 - 9/30/05 |
| Guerrero, Jose | $901.51 | $188.61 | $1,090.12 | 4/1/03 - 9/30/05 |
| Guizar, Jose P. | $772.50 | $163.23 | $935.73 | 4/1/02 - 9/30/05 |
| Guizar, Jose R. | $514.69 | $109.08 | $623.77 | 4/1/02 - 9/30/05 |
| Gutierrez, Enrique | $867.56 | $181.48 | $1,049.04 | 4/1/03 - 9/30/05 |
| Gutierrez, Jose | $40.48 | $21.65 | $62.13 | 4/1/03 - 9/30/05 |
| Gutierrez, Mayra | $204.41 | $43.93 | $248.34 | 4/1/02 - 9/30/05 |
| Gutierrez, Teresa | $175.09 | $37.77 | $212.86 | 4/1/02 - 9/30/05 |
| Hernandes, Alfredo | $821.61 | $173.54 | $995.15 | 4/1/03 - 9/30/05 |
| Hernandez, Armando | $956.54 | $200.16 | $1,156.70 | 4/1/03 - 9/30/05 |
| Hernandez, Gladys | $2,125.12 | $447.28 | $2,572.40 | 4/1/02 - 9/30/05 |
| Hernandez, Gregorio | $78.76 | $17.54 | $96.30 | 4/1/03 - 9/30/05 |
| Hernandez, Mario | $36.23 | $20.76 | $56.99 | 4/1/02 - 9/30/05 |

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Hernandez, Nora | $2,281.33 | $478.37 | $2,759.70 | 4/1/03 - 9/30/05 |
| Hernandez, Ortencia | $1,993.78 | $417.98 | $2,411.76 | 4/1/03 - 9/30/05 |
| Hernandez, Sergio | $221.96 | $47.61 | $269.57 | 4/1/03 - 9/30/05 |
| Hernandez, Urbino | $109.19 | $23.93 | $133.12 | 4/1/03 - 9/30/05 |
| Herrera, Guadalupe | $36.23 | $20.76 | $56.99 | 4/1/02 - 9/30/05 |
| Herrera, Juana | $415.28 | $88.21 | $503.49 | 4/1/03 - 9/30/05 |
| Herrera, Sabina | $75.04 | $16.76 | $91.80 | 4/1/02 - 9/30/05 |
| Huerta, Jovita A. | $138.73 | $30.13 | $168.86 | 4/1/03 - 9/30/05 |
| Inda, Clemente | $130.24 | $28.35 | $158.59 | 4/1/02 - 9/30/05 |
| Iniguez, Jose | $106.09 | $23.28 | $129.37 | 4/1/02 - 9/30/05 |
| Izazaga, Patricio | $72.83 | $16.29 | $89.12 | 4/1/03 - 9/30/05 |
| Jimenez, Alfredo | $731.37 | $154.59 | $885.96 | 4/1/03 - 9/30/05 |
| Juarez, Mercedes | $213.90 | $45.92 | $259.82 | 4/1/02 - 9/30/05 |
| Juarez, Santos | $138.86 | $30.16 | $169.02 | 4/1/02 - 9/30/05 |
| Juarez, Valentina | $3,110.04 | $654.11 | $3,764.15 | 4/1/02 - 9/30/05 |
| Lazaro, Jose | $1,101.24 | $230.55 | $1,331.79 | 4/1/03 - 9/30/05 |
| Legaria, Conrrado | $68.14 | $15.31 | $83.45 | 4/1/02 - 9/30/05 |
| Lima, Carlos | $2,045.25 | $428.79 | $2,474.04 | 4/1/03 - 9/30/05 |
| Lombera, Otilia | $1,091.12 | $228.43 | $1,319.55 | 4/1/03 - 9/30/05 |
| Lombera, Romelia | $897.92 | $187.85 | $1,085.77 | 4/1/03 - 9/30/05 |
| Lombera, Tomasa | $351.74 | $74.87 | $426.61 | 4/1/03 - 9/30/05 |
| Lomeli, Rosa | $64.94 | $14.64 | $79.58 | 4/1/03 - 9/30/05 |
| Lopez, Carmen | $230.78 | $49.46 | $280.24 | 4/1/03 - 9/30/05 |
| Lopez, Lourdes | $2,202.73 | $461.86 | $2,664.59 | 4/1/02 - 9/30/05 |

| | EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | Lopez, Reyna | $36.80 | $20.88 | $57.68 | 4/1/03 - 9/30/05 |
| 4 | Macias, Maria | $626.33 | $132.53 | $758.86 | 4/1/03 - 9/30/05 |
| 5 | Magana, Jose | $22.43 | $17.96 | $40.39 | 4/1/02 - 9/30/05 |
| 6 | Marquez, Victoria | $2,091.12 | $438.43 | $2,529.55 | 4/1/03 - 9/30/05 |
| 7 | Martinez, Alma | $916.94 | $191.85 | $1,108.79 | 4/1/02 - 9/30/05 |
| 8 | Martinez, Elidia | $999.26 | $209.13 | $1,208.39 | 4/1/03 - 9/30/05 |
| 9 | Martinez, Gabriela | $1,985.00 | $416.14 | $2,401.14 | 4/1/02 - 9/30/05 |
| 10 | Martinez, Lucia | $263.06 | $56.24 | $319.30 | 4/1/02 - 9/30/05 |
| 11 | Martinez, Marcela | $721.14 | $152.44 | $873.58 | 4/1/02 - 9/30/05 |
| 12 | Martinez, Maria | $559.87 | $118.57 | $678.44 | 4/1/02 - 9/30/05 |
| 13 | Martinez, Miguel | $62.96 | $14.22 | $77.18 | 4/1/02 - 9/30/05 |
| 14 | Medina, Agripino | $1,166.61 | $244.28 | $1,410.89 | 4/1/03 - 9/30/05 |
| 15 | Mejia, Maria | $1,069.16 | $223.81 | $1,292.97 | 4/1/02 - 9/30/05 |
| 16 | Mendez, Anally | $415.59 | $88.27 | $503.86 | 4/1/02 - 9/30/05 |
| 17 | Mendez, Angeles | $1,693.82 | $354.99 | $2,048.81 | 4/1/03 - 9/30/05 |
| 18 | Mendez, Berto | $85.31 | $18.92 | $104.23 | 4/1/02 - 9/30/05 |
| 19 | Mendez, Emerenciana | $261.34 | $55.88 | $317.22 | 4/1/03 - 9/30/05 |
| 20 | Mendez, Jose | $212.12 | $45.55 | $257.67 | 4/1/03 - 9/30/05 |
| 21 | Mendez, Maria | $289.98 | $61.90 | $351.88 | 4/1/03 - 9/30/05 |
| 22 | Mendivil, Palmira | $172.50 | $37.23 | $209.73 | 4/1/02 - 9/30/05 |
| 23 | Mendoza, Claudia | $499.96 | $105.99 | $605.95 | 4/1/03 - 9/30/05 |
| 24 | Molina, Ana | $416.81 | $88.53 | $505.34 | 4/1/03 - 9/30/05 |
| 25 | Montes, Emilia | $845.88 | $176.92 | $1,022.80 | 4/1/03 - 9/30/05 |
| 26 | Montes, Manuela | $181.64 | $39.14 | $220.78 | 4/1/03 - 9/30/05 |

EXHIBIT A TO CONSENT JUDGMENT - PAGE 6

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Morales, Gerardo | $452.40 | $96.00 | $548.40 | 4/1/03 - 9/30/05 |
| Morales, Monica | $179.01 | $38.59 | $217.60 | 4/1/03 - 9/30/05 |
| Moreno, Miguel | $175.57 | $37.87 | $213.44 | 4/1/03 - 9/30/05 |
| Muniz, Homero | $135.24 | $29.40 | $164.64 | 4/1/03 - 9/30/05 |
| Muniz, Lorena | $56.39 | $12.84 | $69.23 | 4/1/03 - 9/30/05 |
| Nava, Manuel | $285.20 | $60.89 | $346.09 | 4/1/03 - 9/30/05 |
| Nava, Rosa | $28.52 | $19.24 | $47.76 | 4/1/03 - 9/30/05 |
| Navarro, Juana | $492.25 | $104.37 | $596.62 | 4/1/03 - 9/30/05 |
| Ochoa, Jovita | $36.80 | $20.88 | $57.68 | 4/1/03 - 9/30/05 |
| Olivera, Ramona | $1,956.89 | $410.24 | $2,367.13 | 4/1/03 - 9/30/05 |
| Olivo, Carmen | $287.25 | $61.32 | $348.57 | 4/1/03 - 9/30/05 |
| Olivo, Javier | $563.16 | $119.26 | $682.42 | 4/1/02 - 9/30/05 |
| Olivo, Martin | $414.93 | $88.14 | $503.07 | 4/1/02 - 9/30/05 |
| Ollogui, Flor | $441.08 | $93.63 | $534.71 | 4/1/03 - 9/30/05 |
| Orbio, Jesus | $957.72 | $200.41 | $1,158.13 | 4/1/03 - 9/30/05 |
| Ortiz, Griselida | $1,673.64 | $350.75 | $2,024.39 | 4/1/03 - 9/30/05 |
| Ortuno, Nereida | $275.26 | $58.80 | $334.06 | 4/1/02 - 9/30/05 |
| Pandoro, Valenzuela A. | $741.96 | $156.81 | $898.77 | 4/1/03 - 9/30/05 |
| Pandoro, Valenzuela M. | $673.94 | $142.53 | $816.47 | 4/1/03 - 9/30/05 |
| Patricio, Angelica | $2,124.27 | $445.39 | $2,569.66 | 4/1/03 - 9/30/05 |
| Patricio, Juana | $2,086.73 | $437.50 | $2,524.23 | 4/1/03 - 9/30/05 |
| Patricio, Maria | $1,205.46 | $254.15 | $1,459.61 | 4/1/02 - 9/30/05 |
| Perez, Ana | $221.66 | $47.55 | $269.21 | 4/1/02 - 9/30/05 |
| Perez, Ismael | $1,609.00 | $337.18 | $1,946.18 | 4/1/03 - 9/30/05 |

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Perez, Josefina | $490.46 | $104.00 | $594.46 | 4/1/03 - 9/30/05 |
| Perez, Manuela | $79.35 | $17.66 | $97.01 | 4/1/02 - 9/30/05 |
| Pineda, Erica | $26.85 | $18.89 | $45.74 | 4/1/03 - 9/30/05 |
| Pineda, Isabel | $130.24 | $28.35 | $158.59 | 4/1/02 - 9/30/05 |
| Quezada, Martha | $3,024.17 | $634.37 | $3,658.54 | 4/1/02 - 9/30/05 |
| Quintero, Monica | $468.09 | $99.30 | $567.39 | 4/1/03 - 9/30/05 |
| Ramirez, Amelia | $587.39 | $124.35 | $711.74 | 4/1/02 - 9/30/05 |
| Ramirez, Edna | $102.03 | $22.43 | $124.46 | 4/1/03 - 9/30/05 |
| Ramirez, Gerado | $185.13 | $39.88 | $225.01 | 4/1/03 - 9/30/05 |
| Ramirez, Jorge | $615.76 | $130.31 | $746.07 | 4/1/03 - 9/30/05 |
| Ramirez, Jose | $470.34 | $99.77 | $570.11 | 4/1/03 - 9/30/05 |
| Ramirez, Margarita | $152.69 | $33.06 | $185.75 | 4/1/03 - 9/30/05 |
| Ramirez, Rosa | $1,318.24 | $276.12 | $1,594.36 | 4/1/02 - 9/30/05 |
| Ramirez, Veronica | $3,271.19 | $686.23 | $3,957.42 | 4/1/02 - 9/30/05 |
| Ramos, Aunaldo | $92.14 | $20.35 | $112.49 | 4/1/03 - 9/30/05 |
| Ramos, Carlos | $60.72 | $13.75 | $74.47 | 4/1/03 - 9/30/05 |
| Razo, Laura | $209.43 | $44.98 | $254.41 | 4/1/03 - 9/30/05 |
| Razo Godines, Martha | $26.68 | $18.85 | $45.53 | 4/1/03 - 9/30/05 |
| Rendon, Anselmo | $155.32 | $33.62 | $188.94 | 4/1/03 - 9/30/05 |
| Reyes, Armando | $99.19 | $21.83 | $121.02 | 4/1/02 - 9/30/05 |
| Reyes, Juana | $71.60 | $16.04 | $87.64 | 4/1/03 - 9/30/05 |
| Reyes, Rosibel | $260.48 | $55.70 | $316.18 | 4/1/02 - 9/30/05 |
| Rivas, Griselda | $181.64 | $39.14 | $220.78 | 4/1/03 - 9/30/05 |
| Rocha, Maria | $423.34 | $89.90 | $513.24 | 4/1/03 - 9/30/05 |

EXHIBIT A TO CONSENT JUDGMENT - PAGE 8

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Rodriguez, Deborah | $557.07 | $117.98 | $675.05 | 4/1/02 - 9/30/05 |
| Rodriguez, Dora | $381.71 | $81.16 | $462.87 | 4/1/03 - 9/30/05 |
| Rodriguez, Elodia | $36.80 | $20.88 | $57.68 | 4/1/03 - 9/30/05 |
| Rodriguez, Felipe | $117.59 | $25.69 | $143.28 | 4/1/03 - 9/30/05 |
| Rodriguez, Jeremy | $41.40 | $21.84 | $63.24 | 4/1/02 - 9/30/05 |
| Rodriguez, Jorge | $1,072.72 | $224.56 | $1,297.28 | 4/1/03 - 9/30/05 |
| Rodriguez, Luis | $289.58 | $61.81 | $351.39 | 4/1/03 - 9/30/05 |
| Rodriguez, Ramirez | $835.04 | $174.65 | $1,009.69 | 4/1/03 - 9/30/05 |
| Rodriguez, Veronica | $195.79 | $42.12 | $237.91 | 4/1/02 - 9/30/05 |
| Romero, Antonio | $519.90 | $110.18 | $630.08 | 4/1/02 - 9/30/05 |
| Romero, Natividad | $2,787.07 | $584.57 | $3,371.64 | 4/1/02 - 9/30/05 |
| Romero, Norma | $221.66 | $47.55 | $269.21 | 4/1/02 - 9/30/05 |
| Romero, Teresa | $2,640.50 | $553.80 | $3,194.30 | 4/1/02 - 9/30/05 |
| Rosagel, Corina | $36.23 | $20.76 | $56.99 | 4/1/02 - 9/30/05 |
| Rosas, Epifanio | $196.65 | $42.30 | $238.95 | 4/1/02 - 9/30/05 |
| Ruelas, Juan | $485.99 | $103.06 | $589.05 | 4/1/02 - 9/30/05 |
| Ruelas, Maria | $1,126.48 | $235.85 | $1,362.33 | 4/1/03 - 9/30/05 |
| Ruelas, Norma | $880.19 | $184.13 | $1,064.32 | 4/1/03 - 9/30/05 |
| Ruiz, Edith Maria | $665.85 | $140.83 | $806.68 | 4/1/02 - 9/30/05 |
| Ruiz, Manuel Carlos | $44.63 | $22.52 | $67.15 | 4/1/02 - 9/30/05 |
| Ruiz, Yolanda | $837.94 | $175.26 | $1,013.20 | 4/1/03 - 9/30/05 |
| Salazar, Antonio | $607.81 | $128.64 | $736.45 | 4/1/03 - 9/30/05 |
| Salazar, Guadalupe | $76.08 | $16.98 | $93.06 | 4/1/03 - 9/30/05 |
| Salazar, Silvia | $320.64 | $68.33 | $388.97 | 4/1/02 - 9/30/05 |

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Sanchez, Concepcion | $459.14 | $97.42 | $556.56 | 4/1/03 - 9/30/05 |
| Sanchez, Edelmira | $130.64 | $28.43 | $159.07 | 4/1/03 - 9/30/05 |
| Sanchez, Georgina | $162.89 | $35.21 | $198.10 | 4/1/03 - 9/30/05 |
| Sanchez, Hector | $221.13 | $47.44 | $268.57 | 4/1/03 - 9/30/05 |
| Sanchez, Jaime | $23.27 | $18.18 | $41.45 | 4/1/03 - 9/30/05 |
| Sanchez, Jesus | $23.27 | $18.18 | $41.45 | 4/1/03 - 9/30/05 |
| Sanchez, Pablo | $35.10 | $20.52 | $55.62 | 4/1/03 - 9/30/05 |
| Sanchez, Raquel | $50.90 | $23.84 | $74.74 | 4/1/03 - 9/30/05 |
| Sanchez, Zenaida | $180.13 | $38.83 | $218.96 | 4/1/03 - 9/30/05 |
| Sandoval, Veronica | $825.37 | $174.33 | $999.70 | 4/1/03 - 9/30/05 |
| Santiago, Xala | $57.79 | $25.29 | $83.08 | 4/1/02 - 9/30/05 |
| Santillan, Magdalena | $222.64 | $47.75 | $270.39 | 4/1/03 - 9/30/05 |
| Santos, Ana | $119.03 | $26.00 | $145.03 | 4/1/02 - 9/30/05 |
| Santos, Gabriela | $2,485.99 | $521.35 | $3,007.34 | 4/1/03 - 9/30/05 |
| Santos, Martinez | $1,102.16 | $232.45 | $1,334.61 | 4/1/03 - 9/30/05 |
| Tapia, Feliciano | $231.66 | $49.65 | $281.31 | 4/1/03 - 9/30/05 |
| Tapia, Jose | $130.24 | $28.35 | $158.59 | 4/1/02 - 9/30/05 |
| Tellez, Juana | $528.65 | $112.02 | $640.67 | 4/1/03 - 9/30/05 |
| Torres, Luis | $69.86 | $15.67 | $85.53 | 4/1/02 - 9/30/05 |
| Trujano, Artemio | $2,035.53 | $426.75 | $2,462.28 | 4/1/02 - 9/30/05 |
| Valenzuela, Alicia | $986.61 | $206.48 | $1,193.09 | 4/1/03 - 9/30/05 |
| Vargas, Vicente | $298.08 | $63.60 | $361.68 | 4/1/03 - 9/30/05 |
| Vasques, Ramiro | $77.87 | $17.35 | $95.22 | 4/1/03 - 9/30/05 |
| Vasquez, Monica | $2,383.25 | $499.77 | $2,883.02 | 4/1/03 - 9/30/05 |

EXHIBIT A TO CONSENT JUDGMENT - PAGE 10

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Vazquez, Rosa | $138.73 | $30.13 | $168.86 | 4/1/03 - 9/30/05 |
| Vergara, Merced | $749.04 | $158.30 | $907.34 | 4/1/03 - 9/30/05 |
| Verzara, Olga | $2,443.68 | $512.46 | $2,956.14 | 4/1/02 - 9/30/05 |
| Villa De Leon, Ana | $321.17 | $68.45 | $389.62 | 4/1/03 - 9/30/05 |
| Villa De Leon, Luis | $464.60 | $98.57 | $563.17 | 4/1/03 - 9/30/05 |
| Villareal, Jorge | $382.95 | $81.42 | $464.37 | 4/1/02 - 9/30/05 |
| Viveros, Lizbeth | $983.48 | $205.82 | $1,189.30 | 4/1/03 - 9/30/05 |
| Zuniga, Imelda | $624.14 | $132.07 | $756.21 | 4/1/02 - 9/30/05 |
| TOTALS: | $144,243.78 | $30,756.22 | $175,000.00 | |